## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-22117-CIV-LENARD/DUBÉ

**FRANCIS M. WILLIS**,

    Plaintiff,

vs.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

    Defendant.

_____/

**ORDER ADOPTING THE REPORT OF THE MAGISTRATE JUDGE (D.E. 48); GRANTING PLAINTIFF'S PETITION FOR ATTORNEY'S FEES (D.E. 45); AND ENTERING JUDGMENT IN FAVOR OF PLAINTIFF WITH RESPECT TO ATTORNEY'S FEES**

**THIS CAUSE** is before the Court on the Report of the Magistrate Judge ("Report," D.E. 48), issued on June 2, 2008. No objections to the Report were filed. After an independent review of the Report and the record, it is hereby:

**ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (D.E. 48) is **ADOPTED**.

2. Plaintiff's Petition for Attorney's Fees (D.E. 45), filed on February 13, 2008, is **GRANTED**.

3. Judgment is hereby entered in favor of Plaintiff Francis M. Willis in the amount of **one-thousand, eight-hundred, thirty-eight dollars and fifty cents**

**($1838.50)** in attorney's fees, for which sum let execution issue.  All amounts due shall be paid to Lilli W. Marder, Esq.

**DONE AND ORDERED** in Chambers at Miami, Florida this 23rd day of June, 2008.

_____
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**

cc:    U.S. Magistrate Judge Robert L. Dubé
       Counsel of Record
       Case No. 062-22117-CIV-LENARD/DUBÉ